**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Manuel Guatemala MARTINEZ, aka
Manuel Guatemala, Defendant–
Appellant.**

**No. 08–50035.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 3, 2009.

Damian J. Martinez, Esquire, Timothy James Searight, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

George Workman Buehler, Buehler & Kassabian, Pasadena, CA, for Defendant–Appellant.

Before BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Manuel Guatemala Martinez appeals from the 188–month sentence reimposed

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

following remand pursuant to *United States v. Combs*, 470 F.3d 1294, 1297 (9th Cir.2006). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez contends that the district court procedurally erred by failing to adequately explain its decision not to cap his base offense level at 30 pursuant to U.S.S.G. § 2D1.1(a)(3), and that the sentence imposed is substantively unreasonable because the court's discussion of the 18 U.S.C. § 3553(a) sentencing factors was incomplete and cryptic. Following the remand, this court's scope of review for "reasonableness" is limited to the sole issue of "[w]hether the district judge properly understood the full scope of his discretion" following *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Combs*, 470 F.3d at 1297. The record indicates that the district court properly understood the scope of its discretion under the advisory Guidelines. *See id.* To the extent that Martinez raises additional contentions, these contentions are precluded from consideration under the law of the case doctrine. *See United States v. Cuddy*, 147 F.3d 1111, 1114 (1998).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.